AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jerritt Cox,<br>*Plaintiff*<br>v.<br>Director Marcus Rhodes; Director of Medical Beth Lawson,<br><br>*Defendants*. | Civil Action No.    1:22-cv-03059-JD |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Jerritt Cox, shall take nothing of the defendants, Director Marcus Rhodes and Director of Medical Beth Lawson, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph Dawson, III, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:    December 19, 2022                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                              s/L. Baker

                                                                                *Signature of Clerk or Deputy Clerk*